# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16-cv-270

| | |
|---|---|
| DISH NETWORK L.L.C., et al., )<br>)<br>      **Plaintiff,**      )<br>)<br>vs.                              )<br>)<br>DAVID McCARTY,      )<br>)<br>      **Defendant.**    )<br>) | **ORDER** |

**THIS MATTER** is before the Court on Allan R. Tarleton's Application for Admission to Practice *Pro Hac Vice* of Christopher Paul Craven. It appearing that Christopher Paul Craven is a member in good standing with the Texas State Bar and will be appearing with Allan R. Tarleton, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Allan R. Tarleton's Application for Admission to Practice Pro Hac Vice (#12) of Christopher Paul Craven is

**GRANTED**, and that Christopher Paul Craven is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Allan R. Tarleton.

Signed: November 21, 2016

Dennis L. Howell
United States Magistrate Judge