THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL NO. 1:16-cv-00270-MR-DLH

DISH NETWORK L.L.C., )
ECHOSTAR TECHNOLOGIES )
L.L.C., and NAGRASTAR LLC, )
                                        )
                                        ) **FINAL JUDGMENT AND**
             Plaintiffs,    ) **PERMANENT INJUNCTION**
                                        )
vs.                                   )
                                        )
DAVID MCCARTY, )
                                        )
             Defendant.   )

**THIS MATTER** is before the Court on the parties' Stipulation for Entry of Final Judgment and Permanent Injunction. [Doc. 17].

Having considered the Stipulation for Entry of Final Judgment and Permanent Injunction filed by Plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C., and NagraStar LLC (collectively, "DISH Network") and Defendant David McCarty ("Defendant"), and good cause appearing, the Court approves the parties' stipulation and enters the following Order.

**IT IS, THEREFORE, ORDERED** that:

1. Judgment is entered against Defendant on Counts I through III of DISH Network's complaint which allege Defendant's violations of the

Digital Millennium Copyright Act, 17 U.S.C. § 1201(a)(1), Federal Communications Act, 47 U.S.C. § 605(a), and Electronic Communications Privacy Act, 18 U.S.C. §§ 2511(1)(a), 2520.

2. Defendant, and any person acting in active concert or participation with Defendant that receives actual notice of this order, is permanently enjoined from:

    a. circumventing or assisting others to circumvent DISH Network's security system, or otherwise intercepting or assisting others to intercept DISH Network's satellite signal;

    b. testing, analyzing, reverse engineering, manipulating, or otherwise extracting codes, data, or information from DISH Network's satellite receivers, smart cards, satellite data stream, or any other part or component of the DISH Network security system.

3. This permanent injunction takes effect immediately.

4. The Court is informed that the parties agreed to a confidential settlement sum, and therefore there are no damages awarded by the Court.

5. Each party is to bear its own attorney's fees and costs.

6. All motions pending before the Court are denied as moot.

7. The Court retains jurisdiction over this action for a period of two years for the purpose of enforcing this permanent injunction.

**IT IS SO ORDERED.**

Signed: January 30, 2017

Martin Reidinger
United States District Judge